# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| JEFFREY GARCIA <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 1:15-cv-3089-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.
Commissioner's decision is AFFIRMED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge LONNY R. SUKO on motions for Summary Judgment (ECF Nos. 18 and 14)

Date: December 15, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates